UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODOLFO R. MIRAMONTES,

    Plaintiff,

v.

OFC. HERBE DEL CRUZ et al,

    Defendant.

Case Number: CV08-05639 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo R. Miramontes BIF 190 / 07077606
Santa Clara Department of Corrections
885 N San Pedro St
San Jose, CA 95110

Dated: October 30, 2009

    Richard W. Wieking, Clerk

    By: Barbara Espinoza, Deputy Clerk