IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODOLFO R. MIRAMONTES,       )
           Plaintiff(s),     )   No. C 08-5639 CRB (PR)
                             )
  vs.                            )   ORDER
                             )
HERBE DEL CRUZ, et al.,        )   (Docket #31)
           Defendant(s).    )
_____)

      Plaintiff's request (docket # 31) for an order compelling discovery is DENIED as premature. The court will not entertain discovery motions unless the parties first comply with the meet-and-confer requirements of the Federal Rules of Civil Procedure and the Court's Local Rules. <u>See, e.g.,</u> Fed. R. Civ. P. 37(a) (motion to compel must include a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action); Civ. L. R. 37-1 (same). In view of plaintiff's incarceration, the parties may satisfy the meet-and-confer requirements by letter or telephone conversation. <u>Cf.</u> Civil L. R. 1-5(n) ("meet and confer" or "confer" means to communicate directly and discuss in good faith the issue(s); mere sending of a written, electronic or voice-mail communication

does not satisfy a requirement to "meet and confer" or to "confer;" requirement can be satisfied only through direct dialogue and discussion – either in a face to face meeting or in a telephone conversation).

SO ORDERED.

DATED: Jan. 5, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Miramontes, R1.or2.wpd

2