IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO R. MIRAMONTES, ) | |
| ) | |
| Plaintiff(s), ) | No. C 08-5639 CRB (PR) |
| ) | |
| vs. ) | ORDER |
| ) | |
| HERBE DEL CRUZ, et al., ) | (Docket #31) |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

      Plaintiff's request (docket # 31) for an order compelling discovery is DENIED as premature.  The court will not entertain discovery motions unless the parties first comply with the meet-and-confer requirements of the Federal Rules of Civil Procedure and the Court's Local Rules.  See, e.g., Fed. R. Civ. P. 37(a) (motion to compel must include a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action); Civ. L. R. 37-1 (same).  In view of plaintiff's incarceration, the parties may satisfy the meet-and-confer requirements by letter or telephone conversation.  Cf. Civil L. R. 1-5(n) ("meet and confer" or "confer" means to communicate directly and discuss in good faith the issue(s); mere sending of a written, electronic or voice-mail communication

does not satisfy a requirement to "meet and confer" or to "confer;" requirement can be satisfied only through direct dialogue and discussion – either in a face to face meeting or in a telephone conversation).

SO ORDERED.

DATED: Jan. 5, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Miramontes, R1.or2.wpd

2