# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA


RODOLFO R. MIRAMONTES,

               Plaintiff,

   v.

HERBE DEL CRUZ et al,

               Defendants.

_____/

                        Case Number: CV08-05639 CRB

                        **CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Rodolfo R. Miramontes BIF 190 / 07077606
Santa Clara Department of Corrections
885 N San Pedro St
San Jose, CA 95110

Dated: January 7, 2010

                        Richard W. Wieking, Clerk

                        By: Barbara Espinoza, Deputy Clerk