MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
OFFICER HERBIE DE LA CRUZ
(erroneously sued herein as Ofc. Herbe
Del Cruz), OFFICER JAMES
KIRKLAND, SERGEANT PATRICK
CORSO #2348 (erroneously sued herein as
Sgt. Coros 2348), LIEUTENANT
MITCHELL RYAN CONNER #209, and
CHIEF EDWARD C. FLORES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO)

RODOLFO R. MIRAMONTES,

    Plaintiff,

v.

OFC. HERBE DEL CRUZ, et al.,

    Defendants.

No. C08-05639 CRB (TEH)

**DEFENDANTS' REQUEST FOR MODIFICATION OF ORDER OF SERVICE/CASE MANAGEMENT ORDER; DECLARATION OF DAVID M. ROLLO**

COME NOW, Defendants, who request a modification of the Order of Service dated October 30, 2009 as follows:

| ORDER OF SERVICE | PROPOSED NEW DATE/ORDER |
|---|---|
| Date by which Defendants were to file dispositive motion (per Order of Service ¶ C.2.a. ... January 28, 2010) | April 16, 2010 |

//

//

//

//

//

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Defs' Request for Modification of Order of
Service/Case Management Order; Declaration
of David M. Rollo      -1-      C08-05639 CRB (TEH)

All other dates and times set forth in the Order of Service remain unchanged.

Dated: January 25, 2010

Respectfully submitted,

MIGUEL MÁRQUEZ
Acting County Counsel

By:      /S/
DAVID M. ROLLO
Deputy County Counsel

Attorneys for Defendants
OFFICER HERBIE DE LA CRUZ (erroneously sued herein as Ofc. Herbe Del Cruz), OFFICER JAMES KIRKLAND, SERGEANT PATRICK CORSO #2348 (erroneously sued herein as Sgt. Coros 2348), LIEUTENANT MITCHELL RYAN CONNER #209, and CHIEF EDWARD C. FLORES

## **ORDER**

The Court has considered the request to modify the Order of Service and the Case Management Order that makes the following modification: Defendants shall have until **April 16, 2010** to file a Motion for Summary Judgment or other dispositive motion. All other dates and conditions as set forth in the Order of Service dated October 30, 2009 remain in effect.

IT IS SO ORDERED.

DATED: _January 29____, 2010

_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

Defs' Request for Modification of Order of Service/Case Management Order; Declaration of David M. Rollo    -2-    C08-05639 CRB (TEH)

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California