```
 1  MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
    DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
 2  OFFICE OF THE COUNTY COUNSEL
    70 West Hedding, East Wing, 9th Floor
 3  San Jose, California  95110-1770
    Telephone:  (408) 299-5900
 4  Facsimile:  (408) 292-7240

 5  Attorneys for Defendants
    OFFICER HERBIE DE LA CRUZ
 6  (erroneously sued herein as Ofc. Herbe
    Del Cruz), OFFICER JAMES
 7  KIRKLAND, SERGEANT PATRICK
    CORSO #2348 (erroneously sued herein as
 8  Sgt. Coros 2348), LIEUTENANT
    MITCHELL RYAN CONNER #209, and
 9  CHIEF EDWARD C. FLORES
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO)

| | | |
|---|---|---|
| RODOLFO R. MIRAMONTES, | ) | No.   C08-05639 CRB (TEH) |
| Plaintiff, | ) ) ) | **DEFENDANTS' REQUEST FOR MODIFICATION OF** |
| v. | ) ) | **ORDER OF SERVICE/CASE MANAGEMENT ORDER; DECLARATION** |
| OFC. HERBE DEL CRUZ, et al., | ) ) | **OF DAVID M. ROLLO** |
| Defendants. | ) ) | |

COME NOW, Defendants, who request a modification of the Order of Service dated October 30, 2009 as follows:

| ORDER OF SERVICE | PROPOSED NEW DATE/ORDER |
|---|---|
| Date by which Defendants were to file dispositive motion (per Order of Service ¶ C.2.a. ... January 28, 2010) | April 16, 2010 |

/ /

/ /

/ /

/ /

/ /

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Defs' Request for Modification of Order of
Service/Case Management Order; Declaration
of David M. Rollo                -1-                C08-05639 CRB (TEH)

1   All other dates and times set forth in the Order of Service remain unchanged.

2   Dated: January 25, 2010                              Respectfully submitted,

3                                                        MIGUEL MÁRQUEZ
                                                         Acting County Counsel

5                                        By:        /S/
                                                    DAVID M. ROLLO
6                                                   Deputy County Counsel

7                                        Attorneys for Defendants
                                         OFFICER HERBIE DE LA CRUZ (erroneously
8                                        sued herein as Ofc. Herbe Del Cruz), OFFICER
                                         JAMES KIRKLAND, SERGEANT PATRICK
9                                        CORSO #2348 (erroneously sued herein as Sgt.
                                         Coros 2348), LIEUTENANT MITCHELL
10                                       RYAN CONNER #209, and CHIEF EDWARD
                                         C. FLORES

12                                       **ORDER**

13      The Court has considered the request to modify the Order of Service and the Case

14   Management Order that makes the following modification: Defendants shall have until **April**

15   **16, 2010** to file a Motion for Summary Judgment or other dispositive motion.  All other dates

16   and conditions as set forth in the Order of Service dated October 30, 2009 remain in effect.

17      IT IS SO ORDERED.

19   DATED: _January 29____, 2010        _____
                                         CHARLES R. BREYER
20                                       United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Defs' Request for Modification of Order of
Service/Case Management Order; Declaration
of David M. Rollo                    -2-                    C08-05639 CRB (TEH)