IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO R. MIRAMONTES,           )<br>                                                       )<br>            Plaintiff(s),                    )<br>                                                       )<br>     v.                                            )<br>                                                       )<br>HERBE DEL CRUZ, et al.,             )<br>                                                       )<br>            Defendant(s).                )<br>                                                       ) | No. C 08-5639 CRB (PR)<br><br>ORDER |

Plaintiff has filed a request for "order to resolve discovery disputes," noting that he and county counsel met and conferred as ordered by the court without a "good outcome."  Docket # 52 at 1.  The court construes the request as a motion to compel discovery under Federal Rule of Civil Procedure 37 and orders defendants to file a response within 15 days of this order.

SO ORDERED.

DATED: June 4, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Miramontes, R1.or7.wpd