IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO R. MIRAMONTES,<br><br>          Plaintiff,<br><br>     v.<br><br>HERBE DEL CRUZ,<br><br>          Defendant(s).<br>                                                          / | No. C 08-5639 CRB (PR)<br><br>ORDER |

    Good cause appearing, plaintiff's request for an extension of time to file an opposition to defendant(s)'s motion for summary judgment is GRANTED.  Plaintiff shall file an opposition by no later than July 30, 2010, and defendant(s) shall file a reply within 15 days thereafter.

    No further extensions of time will be granted.

    The clerk shall terminate the motion in docket number 57.

SO ORDERED.

DATED:   June 25, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Miramontes, R1.eot2.wpd